O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS BROWNER,<br><br>            Petitioner,<br><br>      vs.<br><br>FRANCISCO JACQUEZ,<br>Warden,<br><br>            Respondent. | Case No.  CV 09-2912-JHN (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that petitioner's request for an evidentiary hearing is denied, Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  August 25, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE