JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS BROWNER,<br><br>Petitioner,<br><br>vs.<br><br>FRANCISCO JACQUEZ,<br>Warden,<br><br>Respondent. | Case No. CV 09-2912-JHN (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that petitioner's request for an evidentiary hearing is denied, the Petition is denied and this action is dismissed with prejudice.

DATED: August 25, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE